

# THE ATTORNEY GENERAL

## OF TEXAS

GROVER SELLERS
~~XXXXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable B. F. McKee
County Auditor, Hidalgo County
Edinburg, Texas

Opinion No. O-6972
Re: Necessity for Attorney
General's approval of common
school district refuning bonds
and their registration by State
Comptroller.

Dear Sir:

Your recent communication to this department reads as follows:

"On April 10, 1921, the Commissioners Court of Hidalgo County authorized the issuance of County of Hidalgo, Texas, Common School District No. 9 Schoolhouse Bonds, which bonds were approved by opinion of the Attorney General of Texas, dated April 13, 1921, registered in the Comptroller's Office, page 349, Bond Registry, Volume 24, Registry No. 5959.

"On March 10, 1921, the Commissioners Court of Hidalgo County, Texas, authorized the issuance of County of Hidalgo Common School District No. 14 Schoolhouse Bonds, which were approved by opinion of the Attorney General of Texas, registered in the Comptroller's Office in 5950 Bond Registry, Volume 24, page 350.

"On January 10, 1926, the Commissioners Court of Hidalgo County, Texas, authorized the issuance of County of Hidalgo, Texas, Common School District No. 17 Schoolhouse Bonds, which were approved by opinion of the Attorney General of the State of Texas, registered in the Comptroller's Office, page 129, Bond Registry, Volume 29, Registry No. 9141.

"Part of the bonds were paid off, but a total of $18,000.00 of bonds remain unpaid and the various school districts desire to refund the bonds, reducing the interest rate to 4% and making the principal payable forty years from the date of issue.

Honorable B. F. McKee, page 2

"Question: Is it necessary to secure the opinion of the Attorney General of Texas on the refunding bond issue, and is it necessary that such refunding bonds be registered in the office of the Comptroller of the State of Texas?"

Both questions submitted are answered in the affirmative, based on our former Opinion No. O-3856, a copy of which is herewith enclosed.

Very truly yours,

ATTORNEY GENERAL OF TEXAS

APPROVED DEC. 14, 1945

s/ GROVER SELLERS
ATTORNEY GENERAL OF TEXAS

By s/ L. H. FLEWELLEN
Assistant

LHF:EP
AMM

APPROVED Opinion Committee

By GWB, Chairman